NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Numbe 2018-CA-1167

Johnette Martin

- - Versus - -

Department of Revenue

State Civil Service Commission
Case #: 18014
State Civil Service Commission Parish

On Application for Rehearing filed on 08/14/2019 by Johnette Martin

Rehearing _____Denied_____

John Michael Guidry

Mitchell R. Theriot

Allison H. Penzato

Date **SEP 0 3 2019**

Rodd Naquin, Clerk